

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2015

No. 04-15-00413-CR

Elias **JUAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2864
Honorable Ray Olivarri, Judge Presiding

# O R D E R

On July 7, 2015, appellant filed a notice of appeal in the trial court and a motion for extension of time to file a notice of appeal in this Court. Appellant's motion for extension of time to file a notice of appeal complies with Rule 26.3 of the Texas Rules of Appellate Procedure and, therefore, is GRANTED. *See* TEX. R. APP. P. 26.3. The time to file appellant's notice of appeal is extended to July 7, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court